**CONSENT TO JOIN ACTION AND AUTHORIZATION TO REPRESENT**
Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)
<u>Bell v. Arise Virtual Solutions, Inc.</u>
U.S. District Court, Western District of Missouri

Name: Donna Bell

Address: [redacted]
Grandview Mo 64030

Telephone: _____ (home) _____ (cell)  E-Mail: _____

Signature: /s/ Donna Bell    Date Signed: 07/06/2021

**CONSENT TO JOIN COLLECTIVE ACTION**
Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)

1. I understand that this lawsuit is brought, in part, under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the Court or any settlement of this action.

2. I work/worked as an Arise CSP from on or about 09/2020 (month, year) to on or about 03/2021 (month, year) in Grandview, Mo (city, state). I also work/worked as an Arise CSP from on or about 10/2019 (month, year) to on or about 12/2019 (month, year) in Grandview, Mo (city, state). I was classified as an independent contractor, I had to pay various expenses in order to do my work (including pay for training), and I was not paid minimum wage for all of my work, including the time I spent in training.

3. I hereby designate Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston, MA 02116, and McInnes Law LLC 1900 W. 75th Street, Suite 220 Prairie Village, KS 6620, to represent me for all purposes in this action.

4. I also designate the named plaintiffs in this action, the collective action representatives, as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs and all other matters pertaining to this lawsuit. I understand Plaintiffs' counsel may pursue this claim through individual arbitration if it becomes necessary. If arbitration is necessary, I understand that Plaintiffs will request that Arise be ordered to pay arbitration fees, but that counsel may decline to proceed if I am ordered to pay these fees or if the firm concludes that my claims are not viable.

**To join this suit, you must complete & return this form to:**

Adelaide H. Pagano
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801
claims@llrlaw.com
www.llrlaw.com